AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

JARVIS ALONZO DAVIS,

Petitioner,

v.

WARDEN, FCI JESUP,

Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:25-cv-84

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order entered September 21, 2026, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, Respondent's motion to dismiss is granted, and Petitioner's 28 U.S.C. § 2241 petition is dismissed. Petitioner is permitted in forma pauperis status should he file an appeal. This case stands closed.

Approved by: ______________________________

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

September 23, 2026
*Date*

John E. Triplett, Clerk of Court
*Clerk*

Jamie Hodge
*(By) Deputy Clerk*